# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

_____

| | |
|---|---|
| In Re: | |
| Crown Point Development, Inc. | Bankruptcy Case No. 10-40985-JDP |
| Debtor, | |

_____

## MEMORANDUM OF DECISION
_____

The Court has reviewed Trustee's Final Report, Dkt. No. 13, Trustee's Application for Compensation and Reimbursement of Expenses, Dkt. No. 14, and Trustee's Affidavit in Support of Trustee's Fee and Expenses, Dkt. No. 19, all filed by chapter 7 trustee Gary Rainsdon.  On the basis of these submission, the Court finds that reasonable compensation for Mr.Rainsdon's services as trustee in this case is $1,500.00.  *See* 11 U.S.C. § 330(a); *In re B&B Autotransfusion Services, Inc.*, 443 B.R. 543 (Bankr. D.Idaho 2011).   Reimbursement of all requested expenses

MEMORANDUM OF DECISION - 1

will be approved.

If Mr. Rainsdon would like a hearing to submit additional information, evidence, or argument in support of his fee application, he should contact the Court's calendar clerk to schedule such a hearing. If he is willing accept said sum as compensation for his services, he may submit a revised Order approving the Final Report with the revised amount for trustee's compensation, which order may be entered without further notice or hearing. //end of text//

Dated: June 14, 2011

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

MEMORANDUM OF DECISION - 2